# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DARA HEM,**

    Plaintiff,

**vs.**                                                                         **Civ. No. 09-888 MCA/RLP**

**TOYOTA MOTOR**
**CORPORATION, ET AL.,**

    Defendants.

## ORDER

This matter was transferred to this District from the U.S. District Court for the Eastern District of Texas on September 11, 2009. Counsel are hereby notified that they must comply with D.N.M. LR-Civ. 83.2 or 83.3. Counsel may access the Court's Local Rules from the Court's web site, http://www.nmcourt.fed.us.[1]

Counsel shall have until October 22, 2009 to satisfy the requirements of D.N.M. LR-Civ. 83.2 or 83.3.

IT IS SO ORDERED.

                                                                               Richard L. Puglisi
                                                                               United States Magistrate Judge

---

[1] The Local Rules for the United States District Court for the District of New Mexico may be found under District Court, General Information, Local Rules. Counsel are instructed to become familiar with these Rules.